spondent to custody. *John S. Boyle* for petitioner. *Joseph I. Bulger* and *Ode L. Rankin* for respondent.

No. 238. McGEE *v.* MISSISSIPPI.

*Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). The petition for writ of certiorari is denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case. *Arthur G. Silverman* for appellant-petitioner. *Greek L. Rice,* Attorney General of Mississippi, and *George H. Ethridge,* Assistant Attorney General, for appellee-respondent.

No. 242. KENOSHA MOTOR COACH LINES, INC. *v.* PUBLIC SERVICE COMMISSION ET AL. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent. *Adolph J. Bieberstein* and *R. M. Rieser* for appellant. *Thomas E. Fairchild,* Attorney General of Wisconsin, *Stewart G. Honeck,* Deputy Attorney General, and *T. H. Spence* for appellees.

No. 245. CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS *v.* CITY OF PORTERVILLE ET AL.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *W. Glenn Harmon* for appellant. *Leon Thomas David* for appellees.